## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

HUIZHOU LUCKY TREE C⊞

*Plaintiff*

v.

NATIONAL CHRISTMAS P⊞

*Defendant*

Civil Action No. 2:26-cv-05185

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  HUIZHOU LUCKY TREE CRAFTS, CO., LT], is a non-governmental corporation and that:

☐   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

## OR

☑   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Signature of Attorney

36 Bridge Street

Address

Metuchen, NJ 08840

City/State/Zip

5/12/2026

Date

DNJ-CMECF-005 (12/1/2022)