

36 Bridge Street Metuchen, NJ 08840
(732) 767-3020   (732) 352-1419
www.wanggaolaw.com
info@wanggaolaw.com

May 19, 2026

**VIA ECF**
The Honorable Stanley R. Chesler, U.S.D.J
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Hui Zhou Lucky Tree Crafts Co., Ltd v. National Christmas Products, Inc. et al.
Case No. 26-05185 (SRC)

Your Honor,

This firm represents Plaintiff in the above-referenced matter. Plaintiff respectfully submits this letter in response to the Court's Order to Show Cause dated May 13, 2026 regarding subject matter jurisdiction.

Because Defendants have not yet appeared, answered, or otherwise responded to the Complaint and because Plaintiff is within the 21-day period after serving the Complaint, Plaintiff has filed an Amended Complaint as a matter of course pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure. The Amended Complaint includes additional allegations concerning the citizenship of the members of the Defendant LLCs and addresses the Court's concerns regarding diversity jurisdiction under 28 U.S.C. § 1332.

As clarified in the Amended Complaint, Plaintiff has included the following allegations:

1. National Christmas Products, LLC is wholly owned by National Tree Intermediary, LLC;
2. National Tree Intermediary, LLC is wholly owned by National Tree Holding, LLC;
3. National Tree Holding, LLC is owned by three (3) individuals who are all citizens of the State of New Jersey.

Based on the above allegations, it is clear that each LLC is a citizen of the State of New Jersey.

In addition, as alleged in the Amended Complaint, Plaintiff is a corporation in China, while none of the members of defendant LLCs is a citizen or subject of China. Respectfully, this alone also sufficient meets the complete diversity requirement.

Plaintiff respectfully submits that the Amended Complaint cures the jurisdictional pleading issue identified in the Court's Order to Show Cause and sufficiently alleges complete



36 Bridge Street Metuchen, NJ 08840
(732) 767-3020   (732) 352-1419
www.wanggaolaw.com
info@wanggaolaw.com

diversity between Plaintiff, a citizen or subject of the People's Republic of China, and all Defendants.

Given the additional allegations in the Amended Complaint that sufficiently address the diversity jurisdiction issue, it appears that formal briefing is not necessary. However, should the Court determine, after reviewing the Amended Complaint, that additional information or briefing is necessary regarding subject matter jurisdiction, Plaintiff respectfully requests the opportunity to provide a further written response.

Respectfully submitted,

_____
Pierce Wang, Esq.
*Counsel for Plaintiff*