**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| HUIZHOU LUCKY TREE CRAFTS CO., LTD. | : | **Civil Action No. 26-05185 (SRC)** |
| | : | |
| Plaintiff, | : | **ORDER** |
| | | |
| v. | : | |
| | | |
| NATIONAL CHRISTMAS PRODUCTS, INC. d/b/a NATIONAL TREE COMPANY, THE CHRISTMAS OUTLET, NATIONAL OUTDOOR LIVING, NATIONAL TRAVEL SAFE, and PULEO CHRISTMAS PRODUCTS, INC.; NATIONAL CHRISTMAS PRODUCTS, LLC d/b/a NATIONAL TREE COMPANY, THE CHRISTMAS OUTLET, NATIONAL OUTDOOR LIVING, NATIONAL TRAVEL SAFE, and PULEO CHRISTMAS PRODUCTS, INC.; NATIONAL TREE INTERMEDIARY, LLC, d/b/a NATIONAL TREE COMPANY, THE CHRISTMAS OUTLET, NATIONAL OUTDOOR LIVING, NATIONAL TRAVEL SAFE, and PULEO CHRISTMAS PRODUCTS, INC.; NATIONAL TREE HOLDING, LLC d/b/a NATIONAL TREE COMPANY, THE CHRISTMAS OUTLET, NATIONAL OUTDOOR LIVING, NATIONAL TRAVEL SAFE, and PULEO CHRISTMAS PRODUCTS, INC. | : : : : : : : | |
| | : | |
| Defendants. | | |
| | · : | |

**CHESLER, District Judge**

      This matter having come before the Court on its *sua sponte* Order To Show Cause of May 13, 2026 (Dkt. No. 6), directing Plaintiff to show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction; and Plaintiff having filed a response providing further information relevant to the determination of federal

1

jurisdiction; and the Court being satisfied that, based on the information submitted, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332; and for good cause shown,

**IT IS** on this 21st day of May, 2026,

**ORDERED** that the Order to Show Cause of May 13, 2026 (Dkt. No. 6) be and hereby is **DISCHARGED**.

  s/ Stanley R. Chesler  
Stanley R. Chesler, U.S.D.J