20260716162041

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME: **MARK SACRIPANTI**
TITLE: **PROCESS SERVER**

DATE: **7/21/2026 4:07:03 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

NATIONAL CHRISTMAS PRODUCTS, INC.

Place where served:

2 COMMERCE DRIVE    CRANFORD  NJ  07016

[ X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DENNIS COOK

Relationship to defendant    **MANAGING AGENT**

Description of Person Accepting Service:

SEX: M    AGE: 51-65    HEIGHT: 5'9"-6'0"    WEIGHT: OVER 200 LBS.    SKIN: WHITE    HAIR: BALD    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____    SERVICES $_____.____    TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Served Data:
Subscribed and Sworn to me this

21st day of July, 2026

Notary Signature_____

Rosemary Ramos          September 25th, 2028
Name of Notary          My Commission Expires

I, MARK SACRIPANTI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____        07/21/2026
Signature of Process Server        Date

**Attempts**
7/17/2026 3:50:15 PM

ATTORNEY: PIERCE WANG, ESQ.
PLAINTIFF: HUIZHOU LUCKY TREE CRAFTS CO., LTD.
DEFENDANT: NATIONAL CHRISTMAS PRODUCTS, INC., ET AL.
VENUE: DISTRICT
DOCKET: 2 26 CV 5185
COMMENT:

20260716162152

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME: **MARK SACRIPANTI**
TITLE: **PROCESS SERVER**

DATE: **7/21/2026 4:07:32 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

NATIONAL CHRISTMAS PRODUCTS, LLC

Place where served:

2 COMMERCE DRIVE   CRANFORD  NJ  07016

[ X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DENNIS COOK

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: BALD   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL$ _____.____            SERVICES $_____.____            TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

21st day of July, 2026

Notary Signature_____

Rosemary Ramos·
Name of Notary

September 25th, 2028
My Commission Expires

*(Notary seal: ROSEMARY RAMOS, My Commission Expires, NOTARY PUBLIC, STATE OF NEW JERSEY, September 25 2028)*

I, MARK SACRIPANTI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____          07/21/2026
Signature of Process Server          Date

**Attempts**
7/17/2026 3:50:49 PM

ATTORNEY:        PIERCE WANG, ESQ.
PLAINTIFF:        HUIZHOU LUCKY TREE CRAFTS CO., LTD.
DEFENDANT:        NATIONAL CHRISTMAS PRODUCTS, INC., ET AL.
VENUE:        DISTRICT
DOCKET:        2 26 CV 5185
COMMENT:

20260716162336

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME: **MARK SACRIPANTI**
TITLE: **PROCESS SERVER**

DATE: **7/21/2026 4:07:55 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

NATIONAL TREE HOLDING, LLC

Place where served:

2 COMMERCE DRIVE   CRANFORD  NJ  07016

[ X ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DENNIS COOK

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX:M___ AGE: 51-65_ HEIGHT: 5'9"-6'0"____ WEIGHT: OVER 200 LBS.   SKIN: WHITE____   HAIR: BALD____   OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Served Data:
Subscribed and Sworn to me this

21st day of July, 2026

Notary Signature_____

Rosemary Ramos              September 25th, 2028
Name of Notary              My Commission Expires

I, MARK SACRIPANTI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   07/21/2026
Signature of Process Server          Date

**Attempts**
7/17/2026 3:51:35 PM

ATTORNEY:    PIERCE WANG, ESQ.
PLAINTIFF:   HUIZHOU LUCKY TREE CRAFTS CO., LTD.
DEFENDANT:   NATIONAL CHRISTMAS PRODUCTS, INC., ET AL.
VENUE:       DISTRICT
DOCKET:      2 26 CV 5185
COMMENT:

20260716162216

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME: **MARK SACRIPANTI**
TITLE: **PROCESS SERVER**

DATE: **7/21/2026 4:08:13 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

NATIONAL TREE INTERMEDIARY, LLC

Place where served:

2 COMMERCE DRIVE   CRANFORD  NJ  07016

[ X ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DENNIS COOK

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX: M___ AGE: 51-65_ HEIGHT: 5'9"-6'0"____ WEIGHT: OVER 200 LBS.   SKIN: WHITE_____  HAIR: BALD_____  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____          SERVICES $_____.____          TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Served Data:
Subscribed and Sworn to me this

21st day of July, 2026

Notary Signature_____

Rosemary Ramos
Name of Notary

September 25th, 2028
My Commission Expires

*ROSEMARY RAMOS, NOTARY PUBLIC, STATE OF NEW JERSEY, My Commission Expires September 25, 2028*

I, MARK SACRIPANTI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    07/21/2026
Signature of Process Server            Date

**Attempts**
7/17/2026 3:51:17 PM

ATTORNEY:   PIERCE WANG, ESQ.
PLAINTIFF:   HUIZHOU LUCKY TREE CRAFTS CO., LTD.
DEFENDANT:  NATIONAL CHRISTMAS PRODUCTS, INC., ET AL.
VENUE:       DISTRICT
DOCKET:      2 26 CV 5185
COMMENT: